**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **SHAKITA HALL, as mother and next of friend of K.H., a minor,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIV. ACT. NO. 2:24-cv-429-TFM-B** |
| ) | |
| **LINDEN CITY BOARD OF EDUCATION,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of October, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE